FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 28, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARLENE KNUTSON and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SUTTELL & HAMMER, P.S., a Washington corporation; and PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company,<br><br>    Defendants. | NO. 2:18-cv-00101-SAB<br><br>**ORDER OF DISMISSAL** |

    Before the Court is the parties' Notice of Stipulated Dismissal, ECF No. 41. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs or attorney fees to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

//
//
//
//
//

**ORDER OF DISMISSAL ~ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Notice of Stipulated Dismissal, ECF No. 41, is **ACCEPTED and ENTERED into the record**.

2. This matter is **DISMISSED with prejudice** and without costs or attorney fees to any party.

3. Any pending motions are **dismissed as moot**.

4. The trial date and any remaining pretrial deadlines are **stricken**

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

**DATED** this 28th day of October 2019.



Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL ~ 2**